# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 14-PO-00121-DLW |
| SHELBY M. TUNNELL | Pro Se <br> (Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count I of the Information.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 551, 36 CFR 261.54(F) AND Regional Forest Order R2-2011-01 | Careless Driving | 10/21/13 | I |

Violation Nos. FAKG000I/26, FAKG000J/26, FAKG000K/26 and FAKG000L/26 are dismissed on the motion of the United States.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **CVB** | **Fine** |
|---|---|---|---|
| **Total:** | $10.00 | None | $100.00 |

Defendant to pay fine and costs by September 1, 2014.

In addition, Defendant shall perform 16 hours of community service and furnish written proof of completion to the Court by September 1, 2014.

June 3, 2014
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge Name &
Title of Judicial Officer

June 3, 2014
Date
